UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:  JEANETTE DENESE WALKER | CASE NO: 18-10101 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 1/25/2018, I did cause a copy of the following documents, described below,

Chapter 13 Plan and Motion,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 1/25/2018

/s/ Angela Williams Seymour
Angela Williams Seymour  636505
LAW FIRM OF SEYMOUR & ASSOCIATES, P.C.
101-B Rossmore Place
Augusta, GA  30909-0000
706 868 1968
angieseymour@seymourbankruptcyfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE: JEANETTE DENESE WALKER

CASE NO: 18-10101

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 1/25/2018, a copy of the following documents, described below,

Chapter 13 Plan and Motion,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/25/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
LAW FIRM OF SEYMOUR & ASSOCIATES, P.C.
Angela Williams Seymour
101-B Rossmore Place
Augusta, GA  30909-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>113J1<br>CASE 18-10101-SDB<br>SOUTHERN DISTRICT OF GEORGIA<br>AUGUSTA<br>WED JAN 24 16-41-44 EST 2018 | 2 ANGELA WILLIAMS SEYMOUR<br>LAW FIRM OF SEYMOUR   ASSOCIATES PC<br>101 B ROSSMORE PLACE<br>AUGUSTA GA 30909-5772 | 3 COASTAL CREDIT LLC<br>PO BOX 1069<br>CARMEL IN 46082-1069 |
| 4 COLLECTION RECEIVABLES<br>FOR MEDICAL PAYMENT DATA<br>1835 CENTRAL AVE<br>AUGUSTA GA 30904-5734 | 5 CONVERGENT OUTSOURCING<br>FOR TMOBILE USA<br>800 SW 39TH ST<br>RENTON WA 98057-4975 | 6 GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |

|  | DEBTOR | |
|---|---|---|
| 7 IC SYSTEM INC<br>FOR ATT<br>PO BOX 64378<br>SAINT PAUL MN 55164-0378 | 8 JEANETTE DENESE WALKER<br>2133 VANDIVERE RD<br>APT 6-A<br>AUGUSTA GA 30904-5485 | 9 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| 10 HUON LE<br>PO BOX 2127<br>AUGUSTA GA 30903-2127 | 11 MAGNOLIA PARK APARTMENTS<br>2133 VANDIVERE ROAD<br>AUGUSTA GA 30904-5468 | 12 NATIONWIDE RECOVERY SERVICE<br>FOR MEDICAL PAYMENT DATA<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 |

|  |  | EXCLUDE |
|---|---|---|
| 13 OFFICE OF THE U S TRUSTEE<br>JOHNSON SQUARE BUSINESS CENTER<br>2 EAST BRYAN STREET STE 725<br>SAVANNAH GA 31401-2638 | 14 PROVIDENCE PLACE<br>2205 SOUTHGATE DR<br>AUGUSTA GA 30906-2315 | 15 ANGELA WILLIAMS SEYMOUR<br>SEYMOUR   ASSOCIATES PC<br>101 B ROSSMORE PLACE<br>AUGUSTA GA 30909-5772 |
| 16 SUNSET VILLA INC<br>1750 ESSIE MCINTYRE BLVD<br>AUGUSTA GA 30904-6050 | 17 TABB FINANCE<br>138 JAMES BROWN BLVD<br>AUGUSTA GA 30901-1217 | 18 TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |