IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Jeanette D Walker | ) | |
| 2133 Vandivere Rd | ) | Case No: 18-10101-SDB |
| Apt. 6-A | ) | |
| Augusta, GA 30904 | ) | |

Debtor

**TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM**
**AUTOMATIC STAY OF TITLEMAX OF GEORGIA INC**

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and files this response to the Motion for Relief from Automatic Stay of Titlemax of Georgia Inc:

1. The creditor has an allowed claim(s) (# 7) in the above-captioned case. Granting of stay relief coupled with payment on such claim(s) would constitute double recovery to the creditor.

WHEREFORE, said Trustee prays:

(a) that Creditor's request for relief be denied; or

(b) in the alternative, should the Court grant stay relief under 11 U.S.C. Section 362, that the claim(s) of the creditor be reconsidered and reduced to the amount paid with leave to seek allowance of an unsecured deficiency claim following foreclosure in accordance with applicable state law.

This 24th day of April 2018.

/s/ Cortney Elam
Cortney Elam, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 143688

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of this Trustee's Response to Motion for Relief from Automatic Stay have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 24th day of April 2018.

Seymour & Associates, Attorney At Law, 101 B Rossmore Pl, Augusta, GA 30909
Charles J Bowen, The Bowen Law Group, 7 East Congress Street, Suite 1001, Savannah, GA 31401

/s/ Susan Baker
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127